### Nancy A. Smith *v.* Commissioner of Welfare of the State of Connecticut

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied, since, it appearing that even before this petition was filed the defendant welfare commissioner changed the policy which was the subject of the appeal in the present case, the controversy has become moot.

*Edmund C. Walsh,* assistant attorney general, and *Robert K. Killian,* attorney general, in support of the petition.

*Myra L. Graubard,* in opposition.

Submitted December 21, 1973—decided January 2, 1974

### Kay C. Whelan *v.* Timothy E. Whelan

The defendant's motion for a review by this court of the trial court's order of December 6, 1973, terminating a stay of execution in the appeal from the Superior Court in Fairfield County at Stamford is granted and the relief sought therein is denied.

*Kevin Tierney,* in support of the motion.

Submitted December 19, 1973—decided January 4, 1974

### State of Connecticut *v.* Michael Holup

The defendant's motion that this court review the trial court's denial of his motion to reduce appeal bond in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*John R. Williams,* special public defender, in support of the motion.

Submitted December 13, 1973—decided January 15, 1974